## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 08-0178M (CR)** |
| | : | |
| **ALCIDES GUERRA-BAUTISTA,** | : | **VIOLATIONS:** |
| **LENIN ERAZO, and** | : | **21 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(ii)** |
| **JUAN PORTILLO,** | : | **(Unlawful Distribution of 500 Grams or** |
| | : | **More of Cocaine)** |
| Defendants. | : | **18 U.S.C. § 924(c)(1)** |
| | : | **(Using, Carrying and Possessing a Firearm** |
| | : | **During a Drug Trafficking Offense)** |
| | : | **18 U.S.C. § 2** |
| | : | **(Aiding and Abetting)** |

### I N D I C T M E N T

The Grand Jury charges that:

#### COUNT ONE

On or about March 6, 2008, within the District of Columbia, **ALCIDES GUERRA-BAUTISTA, LENIN ERAZO, and JUAN PORTILLO** did unlawfully, knowingly, and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 500 grams or more.

> (**Unlawful Distribution of 500 Grams or More of Cocaine and Aiding and Abetting**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii) and Title 18 United States Code, Section 2)

**COUNT TWO**

On or about March 6, 2008, within the District of Columbia, **ALCIDES GUERRA-BAUTISTA, LENIN ERAZO, and JUAN PORTILLO** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a firearm, that is, a Raven Arms .25 caliber pistol.

(**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 924(c)(1) and 2)

A TRUE BILL:


FOREPERSON.



Attorney of the United States in
and for the District of Columbia.