IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal: 08-083 (EGS) |
| ) | |
| JUAN PORTILLO ) | |
| ) | |
| Defendant ) | |

**MOTION FOR SEVERANCE OF DEFENDANTS**

The defendant Juan Portillo through counsel, Ron Earnest, and pursuant to Rule 14 of the Rules of Criminal Procedure, his right to fundamental fairness embodied in the Fifth and Sixth Amendments to the United States Constitution, moves this Honorable Court for a severance of his trial from that of his codefendants Alcides Guerra-Bautista and Lenin Erazo. As grounds for the relief sought, the defendant staes:

On March 6th, 2008, Mr. Juan Portillo was arrested and charged with Unlawful Distribution of 500 grams or more of Cocaine, 18 U.S.C. § 841(a)(1) and § 841(b)(1)(B)(ii); and Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense, 18 U.S.C. § 924(c)(1) and Aiding and Abetting, 18 U.S.C. § 2.

The defendant is entitled to a severance from codefendant Erazo because the evidence against Mr. Portillo is *de minimis* when compared with the evidence against Mr. Erazo. Mr. Erazo negotiated with a cooperating witness and was in possession of the drugs allegedly distributed in this case. Mr. Portillo was merely present and wearing a handgun, at the time and place of the arranged transaction. A disparity in the evidence warrants a severance according to United States v. Mardian, 546 F.2d 973,

980-81 (D.C. Cir. 1976); United States v. Sampol, 636 F. 2d 621, 645-47 (1980).

WHEREFORE, the defendant requests as follows:

That the Court issue an order to sever the trial of Mr. Juan Portillo from that of Mr. Lenin Erazo.

Respectfully submitted,

----------------\s\--------------
RON EARNEST (#477305)
Attorney for the Defendant
8121 Georgia Ave., Ste. 406
Silver Spring, MD 20910
Phone: (240) 401-5277

## MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rules of Criminal Procedure, Rule 14. United States v. Mardian, 546 F.2d 973, 980-81 (D.C. Cir. 1976); United States v. Sampol, 636 F. 2d 621, 645-47 (1980).

## CERTIFICATE OF SERVICE

I certify that on the 29th of July, 2008, the foregoing MOTION TO SUPPRESS EVIDENCE, was delivered via electronic case filing to all interested parties.

_____\s_____
RON EARNEST (#477305)
Attorney for the Defendant