IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal: 08-083 (EGS) |
| ) | |
| JUAN PORTILLO ) | |
| ) | |
| Defendant ) | |

**MOTION TO SUPPRESS EVIDENCE**

The defendant Juan Portillo through counsel, Ron Earnest, pursuant to Rule 12 of the Rules of Criminal Procedure, moves this Honorable Court for an order suppressing all evidence seized from the person of the defendant upon his arrest and for reasons states as follows:

On March 6th, 2008, Mr. Portillo was arrested with two codefendants at the scene of an arranged drug transaction. It is not controverted that Mr. Portillo arrived in a separate vehicle and had not engaged in any prior dealings with the police or the informant involved in this case. His mere presence at the scene of the drug transaction was not sufficient to justify the warrantless search of his person.

WHEREFORE, the defendant requests as follows:

That the Court issue an order to suppress any evidence seized from the defendant, specifically the handgun found on his person.

Respectfully submitted,

_____\\s\\_____
RON EARNEST (#477305)
Attorney for the Defendant

8121 Georgia Ave., Ste. 406  
Silver Spring, MD 20910  
Phone:  (240) 401-5277

## MEMORANDUM OF POINTS AND AUTHORITIES

United States Constitution, Amendment 4.

_____\\s\\_____  
RON EARNEST (#477305)  
Attorney for the Defendant

## CERTIFICATE OF SERVICE

I certify that on the 29th of July, 2008, the foregoing MOTION TO SUPPRESS EVIDENCE, was delivered via electronic case filing to all interested parties.

_____\\s\\_____  
RON EARNEST (#477305)  
Attorney for the Defendant