UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JUAN PORTILLO,
_____
**Defendant**

**FILED** CR No. 08-083-03
_____

AUG 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE FOR INQUIRY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 11

The United States Magistrate Judge has explained to me that I am charged with a felony and that the Magistrate Judge, with my consent, may report and recommend that my plea of guilty to a felony be accepted. I hereby consent to the Magistrate Judge exercising this authority in my case

## WAIVER OF RIGHT TO TRIAL BY JURY

The Magistrate Judge has advised me of my right to trial by jury.

I HEREBY Waive (give up) my right to trial by jury    x Juan Portillo
_____
Defendant's signature

Consented to by the United States.    Eric P. Gallun
_____
Signature of Government Counsel

ERIC P. GALLUN, ASST. US ATTORNEY
_____
Print Name and Title

## REPORT AND RECOMMENDATION

On 8/21/08 _____ (date) the defendant appeared before me and expressed his/her desire to plead guilty. Having made the inquires required by Fed R Crim P 11, I am convinced that the defendant is pleading guilty voluntarily with a full awareness of the consequences and of the rights he/she is surrendering by plead of guilty. I am also certain, based on the government's proffer, that there is sufficient evidence to convince a reasonable person that the defendant is guilty beyond a reasonable doubt I therefore recommend the acceptance of his plea of guilty

_____
United States Magistrate Judge