**Departamento de Justicia de EEUU**
Jeffrey A. Taylor
Fiscal Federal

Distrito de Columbia

Judiciary Center
555 Fourth St, NW
Washington, DC 20530

**FILED**

29 de julio de 2008

AUG **2 1** 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*CR: 08-083-02*

Heather Shaner
1702 S Street, NW
Washington, DC 20009

Re: Estados Unidos vs. Lenin Erazo
Número penal: 08-083 (EGS)

Estimada Sra. Shaner,

La presente carta confirma el acuerdo entre su cliente Lenin Erazo y la fiscalía del Distrito de Columbia (en lo adelante también denominada "la fiscalía" o "esta oficina"). Si su cliente acepta los términos y condiciones de esta oferta, sírvase de comunicarle que rubrique el presente documento en el espacio que aparece debajo. Una vez que se reciba el documento firmado, la presente carta se convertirá en el acuerdo de declaración de culpabilidad. Los términos de la oferta son los siguientes:

## OBLIGACIONES QUE ASUME, HECHOS QUE RECONOCE Y DERECHOS A LOS CUALES RENUNCIA LENIN ERAZO

1. Su cliente, Lenin Erazo se compromete a admitir su culpabilidad y reconocerse culpable del cargo uno de la acusación formal de la fiscalía que lo acusa de distribución ilegal de 500 gramos o más de cocaína lo que infringe el Título 21 del Código de los EE UU, Artículos 841 (a)(1) y 841(b)(1)(B)(ii). Su cliente entiende que a tenor del Título 21 del Código de los EE UU Artículo 841(a)(1) y 841(b)(1)(B)(ii) la acusación implica una pena de cárcel de no menos de 5 años y no mayor de 40 años, asimismo una multa que no sea superior a la permitida por el Título 18 del Código de los Estados Unidos o 2 millones de dólares y un período de libertad vigilada de al menos cuatro años. Además, su cliente se compromete a pagar una multa especial de 100 dólares a la secretaría del Tribunal de Distrito Federal para el Distrito de Columbia antes de la fecha de la imposición de la condena. Su cliente comprende además que se aplicará el Manual federal de pautas para penas a la hora de determinar la gama dentro de las pautas y que de conformidad con el Artículo. 5E1.2 de las Pautas para penas, el juez le puede imponer asimismo una multa que alcance para compensar al gobierno federal los costos de toda pena de cárcel que se le imponga, un plazo de libertad vigilada y un plazo de libertad condicional. Al mismo tiempo, su cliente entiende que si

tiene dos o más condenas por un delito violento o de droga grave, será objeto de sanciones mucho mayores según las pautas expuestas en las leyes existentes sobre delincuentes habituales y en las disposiciones de las pautas para la imposición de la condena.

2. Su cliente reconoce y admitirá al declararse culpable del cargo penal enunciado anteriormente que conforme al Artículo. 1B1.3 de las pautas para penas, su cliente responde por más de 500 gramos pero menos de 2 kilogramos de cocaína, cifras que representan la cantidad total implicada en los actos delictivos pertinentes que cometió su cliente, entre las que figuran las cantidades que distribuyó su cliente o que tenía en su poder con el fin de distribuirlas. Su cliente y la fiscalía acuerdan asimismo que se debe aumentar en dos puntos el nivel delictivo de conformidad con 2D1.1(b) (1) (tenencia de un arma peligrosa).

3. La fiscalía concuerda que no aspirará a que se le incremente el nivel delictivo básico de su cliente por encima de lo que su cliente acordó en el presente acuerdo. Asimismo, la fiscalía se compromete a no aspirar a que se le imponga una condena a su cliente por encima de lo que establece la guía para la imposición de condenas. Su cliente reconoce y entiende que los términos del presente acuerdo se aplican única y exclusivamente a conductas que tuvieron lugar antes de la firma del presente acuerdo. Si su cliente cometiere algún acto posterior a la fecha del presente acuerdo que diera pie para un aumento en el nivel delictivo básico de su cliente, o que justifique un desvío en aumento (ejemplos de los cuales incluirían, pero no taxativamente, la obstrucción a la justicia, la incomparecencia en audiencia judicial, la conducta delictiva mientras espera la imposición de la pena, y las declaraciones falsas a cualquier agente del orden público, funcionario de libertad condicional o funcionario judicial), la fiscalía quedará libre conforme al presente acuerdo para pedir un aumento en el nivel delictivo básico o un desvío en aumento por motivo de dicha conducta asumida después de la fecha del acuerdo.

4. Su cliente acepta y renuncia a impugnar toda recomendación que proponga la fiscalía el día en que él se reconozca culpable de los delitos pertinentes a este proceso, de que, conforme al Título 18 del Código de EE.UU. Artículo 3143, su cliente siga encarcelado sin fianza en espera de la imposición de la pena que le corresponda en este proceso.

5. Al reconocerse culpable de estos delitos, su cliente acepta y se compromete a renunciar a ciertos derechos que lo amparan según la Constitución Federal o las leyes o ambas, entre estos el derecho a no inculparse a sí mismo de los delitos por los cuales su cliente se reconoce culpable, el derecho a ser inculpado por auto de acusación, el derecho a ser juzgado por un jurado o por un juez sin jurado, el derecho a abogado durante su juicio, y el derecho a carearse con testigos e interrogarlos. Su cliente entiende además que el juez del distrito puede tomar cualquier decisión en cuanto a las Pautas para penas.

6. Su cliente entiende que la condena en este caso se impondrá a tenor del Título 18 del Código de EE.UU., Secciones 3553(a) y 3553 incisos (c) al (f), una vez que se revise el Manual de las Instrucciones para la Imposición de Sentencias Federales. Su cliente

entiende además que la condena que se imponga en este caso le compete única y exclusivamente al juez. Su cliente reconoce que el juez no está obligado a seguir las recomendaciones de la fiscalía el día de la imposición de la pena.

7. Su cliente entiende que esta oficina se reserva el derecho pleno a narrar los hechos a los efectos de la imposición de la condena en este caso. En particular, se reserva el derecho a recomendar desde un período específico de reclusión y una multa hasta la sentencia máxima de privación de libertad y la multa que permita la ley. Al mismo tiempo, si en el presente acuerdo de declaración de culpabilidad la fiscalía ha acordado recomendar o abstenerse de recomendar al juez una solución específica a un tema de la imposición de la condena, la fiscalía se reserva el derecho a narrar los hechos en su totalidad a raíz de cualquier litigio posterior a la imposición de la condena en aras de defender la decisión definitiva del juez en torno a esos temas. Su cliente comprende además que la fiscalía se reserva el derecho pleno a narrar los hechos a raíz de cualquier petición posterior a la imposición de la condena que se pudiera presentar en este asunto o en cualquier procedimiento ante el Buró de Prisiones. Asimismo, su cliente reconoce que la fiscalía no está obligada ni pretende presentar ninguna petición para que se le imponga una condena inferior a la establecida en el Manual a tenor de la Sección 5K1.1 de las Instrucciones para la Imposición de la Condena, del Título 18 del Código de Estados Unidos, Sección 3553(e), ni ninguna moción posterior a la condena para que le reduzcan la sanción en este caso de conformidad con la Regla 35(b) del Reglamento Federal de Procesamiento Penal.

8. Su cliente entiende y está de acuerdo en que no se le permitirá proceder a retirar la declaración de culpabilidad presentada a tenor de este acuerdo sólo por la rigurosidad de la condena impuesta. Tal pedido constituirá una violación del presente acuerdo.

9. Su cliente se reserva el derecho a argumentarle al Juez para que le imponga una condena inferior a la gama establecida en las pautas en caso de que por la condición del acusado de extranjero que va a ser deportado es probable que le traiga consigo un aumento causal en la rigurosidad penitenciaria (EEUU vs. Smith), volumen 27, libro F.3d, página 649 (Distrito de Columbia 1994).

10. Su cliente entiende que esta oferta esta ligada o depende de que los otros acusados la acepten. En otras palabras, si uno de los acusados rechaza la oferta de la fiscalía, se les retirarán las ofertas al resto de los acusados.

## LAS OBLIGACIONES QUE ASUME, LOS HECHOS QUE RECONOCE Y LOS DERECHOS A LOS CUALES RENUNCIA LA FISCALÍA

11. Esta oficina le pedirá al Juez que desestime el cargo restante contenido en el auto de inculpación en este caso en el momento de la imposición de la pena.

12. La fiscalía concuerda en que el nivel delictivo básico del delito cuya responsabilidad asume su cliente debe reducirse en tres niveles, ya que su cliente acepta la responsabilidad y le hará un pedido al juez conforme a la Sección 3E1.1, a condición de

que su cliente coopere y hable veraz y sinceramente durante la indagación previa a la imposición de la condena y se abstenga de obstruir la justicia, engañar, ocultarles información o de otro modo inducir a error a los agentes del orden público, al juez, a los funcionarios de libertad condicional ni a la fiscalía en lo tocante a cualquier tema que afecte la imposición de la pena. Su cliente se compromete a abstenerse de pedir ninguna reducción del nivel delictivo básico, que no sea acordado con la fiscalía en el párrafo noveno. Además su cliente se compromete a abstenerse de pedir ningún desvío en disminución ni ninguna reducción ulterior del nivel delictivo básico, por otro motivo alguno, de la gama de penas aplicables según la pauta contenida en las Pautas para penas, que no sean las acordadas con la fiscalía en este párrafo o en el párrafo noveno. Su cliente entiende y reconoce que la postura de la fiscalía en cuanto al nivel delictivo básico de su cliente, como cualquier otra recomendación que haga la Fiscalía Federal el día de la imposición de la pena, no son de obligatorio cumplimiento por la Oficina de Libertad Condicional ni por el Juez, ninguno de los cuales son partes en este acuerdo. Su cliente entiende y reconoce que si el juez no condena a su cliente de conformidad con las condiciones de este párrafo no por ello él tendrá derecho a retirar su declaración de culpabilidad en este proceso.

## CONDICIONES GENERALES:

13. Esta carta expone  todo lo que entienden las partes y constituye la totalidad del acuerdo de declaración de culpabilidad entre su cliente y la fiscalía federal del Distrito de Columbia.  El presente acuerdo reemplaza a todo convenio, condiciones, promesa o entendimiento previos, si es que ha habido alguno, entre esta oficina y su cliente.

14. El presente acuerdo es de obligatorio cumplimiento exclusivamente para la fiscalía federal del Distrito de Columbia.  No es vinculante para ninguna otra fiscalía federal, ni ninguna otra agencia del gobierno de Estados Unidos, entre las que figuran pero no se limitan a, la División Fiscal del Departamento de Justicia de Estados Unidos, el Servicio de Rentas Internas del Departamento del Tesoro de los Estados o cualquier otro fiscal estatal o local.  Estas agencias o personas jurídicas pueden procesar a su cliente por cualquier delito cometido en sus respectivas jurisdicciones.

15. No existen otros acuerdos, promesas, compromisos o entendimientos entre su cliente y esta oficina.  Su cliente  comprende y reconoce que no puede haber ningún tipo de alteración o adición válidas a este acuerdo a no ser que sea una modificación recogida en el acta de una audiencia, se haga por escrito y las partes la firmen.

Atentamente,

*Jeffrey Taylor / EPG*

JEFFREY A. TAYLOR
Fiscal federal

*Eric P. Gallun*

ERIC P. GALLUN

Vice fiscal federal

## ACEPTACIÓN DEL ACUSADO

Me he leído este acuerdo y lo he consultado con mi abogada, H. Heather Shaner. Lo comprendo en su totalidad y estoy de acuerdo sin reserva alguna.  Lo hago de manera voluntaria, por mi libre albedrío y reconozco que es de obligatorio cumplimiento. No se me ha hecho ningún tipo de amenaza, ni estoy bajo los efectos de nada que me impida entender totalmente este acuerdo.  Me declaro culpable porque de hecho soy culpable del delito que se me imputa en el párrafo número uno.

Reafirmo que no se me ha hecho ni se ha concertado ningún otro tipo de promesa, acuerdo, entendimiento o condición a raíz de mi decisión de declararme culpable que no sea lo expuesto en este acuerdo de declaración de culpabilidad. Estoy satisfecho con los servicios de representación legal de mi abogada en relación con este acuerdo de declaración de culpabilidad y demás asuntos conexos.

FECHA: 13/8/08

Lenin Erazo
Acusado

## RECONOCIMIENTO DE LA ABOGADA

Me he leído cada una de las páginas que constituyen el presente acuerdo de declaración de culpabilidad, lo he revisado con mi cliente y discutido con él las disposiciones de este acuerdo en su totalidad. Estas páginas recogen de una manera precisa y completa la totalidad del acuerdo de declaración de culpabilidad. Coincido con mi cliente en su deseo de declararse culpable como está expuesto en este acuerdo.

FECHA: 13 Aug 2008

H. Heather Shaner
Abogada del acusado